UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NATIONWIDE RECOVERY, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF DETROIT, )<br>)<br>    Defendant. )<br>_____) | Case No. 2:17-cv-12378<br>Hon.<br>Mag. Judge. |

## INDEX OF EXHIBITS

A. Towing Permit 16-047

B. 2016 Towing Vendor Application Form

C. Tow Permit 11-042

D. Detroit Towing Rules

E. Correspondence to Assistant Chief James White