

**DETROIT POLICE DEPARTMENT**
# TOW PERMIT 16-047

*Nationwide Towing*

*420 Lycaste*

Issue Date: June 1, 2016
Expiration Date: May 31, 2021

The City reserves the right to terminate any Tow Permit with a tow company in the event of a breach of any provision of the Towing Rules, with the review and approval of the Board of Police Commissioners.

_____     _____
Police Officer In Charge            Board Of Police Commissioner

**EXHIBIT A**