## TOWING VENDOR APPLICATION FORM
### FOR
### DETROIT POLICE DEPARTMENT
### RESOURCE MANAGEMENT BUREAU
### 6050 LINWOOD
### DETROIT, MICHIGAN 48208

### APPLICANT INFORMATION:

**BUSINESS NAME** NATIONWIDE RECOVERY, INC.
**APPLICANT NAME** Nationwide Recovery, Inc.   **AGE** n/a*   **DATE OF BIRTH** n/a* / /
**ADDRESS** 11785 Freud, Detroit, MI 48214   **PLACE OF BIRTH** n/a*
**PHONE NUMBER** (313) 822-2222   **TAX ID #** [redacted]
**SSN** n/a*   **DRIVERS LIC # MI** n/a*

**TYPE OF BUSINESS:**   PARTNERSHIP   (INCORPORATED)
   CO-PARTNERSHIP   OTHER _____

### INSURANCE INFORMATION
(Attach copies of policies)

**GENERAL LIABILITY**

INSURANCE COMPANY Progressive Ins. Co.
LOCAL AGENT'S NAME Amy Doherty, DDI Ins. Agency
PHONE # (313) 402-5603
POLICY # 02857288-0
POLICY PERIOD February 1, 2016 TO February 1, 2017

**WORKMAN'S COMPENSATION**

INSURANCE COMPANY Progressive Ins. Co.
LOCAL AGENT'S NAME Amy Doherty, DDI Ins. Agency
PHONE # (313) 402-5603
POLICY # 02857288-0
POLICY PERIOD February 1, 2016 TO February 1, 2017

### LIST OF LICENSES HELD BY BUSINESS:
(US DOT, MPSC, ICC, ect.)

1. USDOT   LICENSE # 1865645
2. MPSC/MCVED   LICENSE # 35219
3. ____   LICENSE # ____
4. ____   LICENSE # ____

### LIST ALL TRUCKS OWNED OR LEASED:
(Attach copies of titles)

| MAKE | VIN# | LICENSE# |
|---|---|---|
| 1. 1996 International | 1HTSCABMXTH388143 | |
| 2. 2005 International | 1HTMMAAM55H681295 | |
| 3. 2012 Dodge | 3C7WDMDL9CG116035 | |
| 4. 2014 Dodge | 3C7WRNEL3EG241573 | |
| 5. | | |

*The "Applicant" is a corporation and doesn't have an age, date of birth, SSN, or drivers license number

# EXHIBIT B

TOWING VENDOR APPLICATION FORM                                        Page 2

1. Business can adequately store (how many) 600 vehicles.
2. Business operates 7 days, 24 hour service? ☒ yes   ☐ no
3. Hours during which vehicles can be released to vehicle owner. 7:00 AM to 7:00 PM
4. Direct radio contact with all trucks?   ☒ yes   ☐ no
5. Is proposed storage area fenced?   ☒ yes   ☐ no
6. State for which precinct (s) you want to be considered as a complete service tower to tow for in general. 5, 7, 9, 11, Downtown, and any other available precincts
7. Do you wish to tow abandoned vehicles? ☒ yes   ☐ no  If yes, list the police precinct for which you would like to be considered as an abandoned tower. Citywide/everywhere
8. Are you capable of performing heavy duty towing? ☐ yes   ☒ no

**LIST ON-SITE SPECIAL EQUIPMENT TO BE USED FOR HEAVY DUTY TOWING:**

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**PROPERTY TAX ON BUSINESS:**
(Attach property tax clearance)

1. NAME OF OWNER OF PROPERTY  GPR Properties
2. LOT SIZE: 3.5 Acres  ACRE or _____ SQUARE FEET.

**ADDITIONAL OWNERS / EMPLOYEES:**

1. Hussein M. Hussein                    1301 Michigan Ave., Detroit, MI
   (☒ OWNER   ☐ EMPLOYEE)              (ADDRESS)

2. Louay M. Hussein                      11745 Freud, Detroit, MI
   (☐ OWNER   ☒ EMPLOYEE)              (ADDRESS)

3. Dwayne Cooper                         14229 Longview, Detroit, MI
   (☐ OWNER   ☒ EMPLOYEE)              (ADDRESS)
   (PHONE #)        (DOB)               (MICH. DRIVER'S LIC #)

Revised 12/00 L. Stinson

# EXHIBIT B

TOWING VENDOR APPLICATION FORM                                      Page 3

## ADDITIONAL OWNERS /EMPLOYEES:

4. Jamal Barbee
   (☐ OWNER   ☒ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

5. George Jennings                3146 Theodore St., Detroit
   (☐ OWNER   ☒ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

6. Jerry Parker                   14278 Wilshire
   (☒ OWNER   ☐ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

7. _____
   (☐ OWNER   ☐ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

8. _____
   (☐ OWNER   ☐ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

9. _____
   (☐ OWNER   ☐ EMPLOYEE)        (ADDRESS)
   (PHONE #)        (DOB)        (MICH. DRIVER'S LIC #)

10. _____
    (☐ OWNER   ☐ EMPLOYEE)       (ADDRESS)
    (PHONE #)        (DOB)       (MICH. DRIVER'S LIC #)

Revised 12/00 L. Stinson

# EXHIBIT B

# Nationwide Recovery, Inc.

## Proof of Zoning

# EXHIBIT B

| | |
|---|---|
| PERMIT LOCATION: | 11785 FREUD |

Permit No: BLD2011-04377
Issue Date: 3/21/2016

Owner:
GPR PROPERTIES
18165 MACK
DETROIT, MI 48224

Legal Occupancy: ABAN YARD B/U
Stories: 0.00  Use Group: B  Zoning Dist.: M4
Square Feet: 0  Basement:
SubDiv/Lot: TERMINAL (PLATS) PT
Bldg. Type Code: Combustible (FP 000)
Between Steets: FREUD and EDLIE

LEGALIZE A POLICE DEPT. AUTHORIZED ABANDONED VECHILE STORAGE YARD WITH TEMPORARY OFFICE TRAILER AS PER B&SE #136-09 AS RECORDED IN THE WCR AND ADMIN LETTER #3-11.

**Conditions of Occupancy**

---

Permit No: BLD2011-04377

# CERTIFICATE OF OCCUPANCY AND COMPLIANCE
City of Detroit
Buildings, Safety Engineering and Environmental Department
Suite 408 Coleman A. Young Municipal Center
Detroit, Michigan 48226
(313)628-2711



Issued to: JOHN MARUSICH
1150 GRISWOLD SUITE 3200
DETROIT, MI 48226

PERMIT LOCATION: 11785 FREUD

This is to Certify that the construction work or use of premises described above has been duly inspected and is acceptable for occupancy as stated herein.

This Certificate is issued in accordance with applicable Laws, Ordinances and Regulations enforced by the various Divisions of the Buildings, SafetyEngineering and Environmental Department of the City of Detroit.

It is specifically understood that this certificate becomes null and void when secured through fraud or by reason of latent violations not ascertainable at the time of inspection or when changes in construction, installation, or occupancy are made without Department approval.

Failure to maintain this premises in good repair shall be cause for termination of this certificate.

David Bell
Building Official

This law provides for subsequent inspection of these premises by this Department at any resonable time.

TO BE POSTED ON PREMISES

# EXHIBIT B

2010 AUG 26  AM 11: 27



CITY OF DETROIT
BUILDINGS & SAFETY ENGINEERING DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, FOURTH FLOOR
DETROIT, MICHIGAN 48226
WWW.CI.DETROIT.MI.US

B&SE Case No.:   136-09   11785 Freud
Decision Date:   August 10, 2010
Effective Date:  August 24, 2010

John Marusich                GPR Properties
1150 Griswold                18165 Mack
Detroit, MI 48226            Detroit, MI 48224



Your Request To:   Legalize a Police Department Authorized Abandoned Vehicle
                   Storage Yard (Aban. Yard)

At:                11785 Freud between Lycaste & Clairpointe

Which Property is Zoned M-4 and Legally Described as:

Bernard J. Youngblood
Wayne County Register of Deeds
August 26, 2010  11:27 AM
Liber 48707 Page 794-800
#2010304473   ZA   FEE: $33.00

SEE ATTACHED LEGAL DESCRIPTION

Has been processed in accord with the provisions of Sections 61-3-201, 61-10-83(10), and 61-12-265 of the Zoning Ordinance and conditionally approved, provided you comply with all conditions stated on the last pages of this letter and subject to periodic review and possible revocation should the conditions not be fulfilled.

This decision will be become effective _____August 24, 2010_____.

However, Section 61-3-242 of the Zoning Ordinance provides the right to file a written appeal to this decision with the Buildings and Safety Engineering Department prior to the effective date of this decision, whereupon the entire file will be referred to the Board of Zoning Appeals for public hearing and final decision. A fee may be required for an appeal to the Board of Zoning Appeals. **All appeals must be made in person at the Zoning Counter, 4th Floor, Coleman A. Young Municipal Center.**

It shall be the responsibility of the person or organization who files an appeal, or his/her duly authorized representative, to attend the public hearing held by the Board of Zoning Appeals and to give proper testimony, under oath, as to why the original decision of this Department should not take effect.

If no written appeal is filed prior to the effective date of this decision, the conditional approval shall be deemed final.

This conditional approval has been given after providing an opportunity for parties in interest to express their views on your proposal. Full consideration has been given to all comments, opinions, and statements received. The Buildings and Safety Engineering

# EXHIBIT B

L 48707 - P 795



-2-

B&SE Case No.: 136-09  11785 Freud
Decision Date: August 10, 2010
Effective Date: August 24, 2010

Department has also made field inspections of the premises, has consulted with other appropriate Departments and Agencies, and has investigated the land use and zoning of the subject property and surrounding area.

Although there was no opposition to this use during the public hearing of 7/21/10, it was noted that there are two recently constructed residential areas nearby, namely along Clairpointe and west of St. Jean. To minimize any negative impacts on the new housing, only Lycaste may be used to access Freud St. and this site. St. Jean and Clairpointe are **not** to be used to access this aban. yard. B&SE reminds the applicant that they are requesting to legalize an existing operation and that they must secure a permit within six (6) months of zoning approval.

There were no violations at this site as of the public hearing of 7/21/10.

It is B&SE's opinion that with the above explanation and attached conditions of approval, that the specified findings of Section 61-3-201 have been properly satisfied in this instance.

In view of the above, it is the opinion of this Department that the conditional granting of your request would be appropriate and could be accomplished without adversely affecting the surrounding land use and development.

<u>NOTE: THIS LETTER IS NOT A PERMIT</u>

If no appeal is made within the prescribed time, you must:

1. Pick up one verified copy of this letter from the Buildings and Safety Engineering Special Land Use Process Office, 4th Floor, Room 407, Coleman A. Young Municipal Center.

2. Present the verified copy to the Wayne County Register of Deeds.

3. Present proof of registration from the Wayne County Register of Deeds to the Buildings and Safety Engineering Zoning Counter when applying for the necessary permit.

Please call 224-1317 (on or after the effective date of this grant) before coming down to pick up your verified copy of this letter. When you come down, you must be prepared to sign a statement attesting to the fact that you have received this grant, have read the conditions of approval, and agree to abide by all of the conditions contained therein. If someone else is to secure your letter and permits, they must have with them a letter of authorization, signed by you and notarized, giving them the authority to secure the agreement statement on your behalf.

# EXHIBIT B

L 48707 - P 796



-3-

B&SE Case No.:   136-09   11785 Freud
Decision Date:    August 10, 2010
Effective Date:   August 24, 2010

### CONDITIONS OF APPROVAL

The following specified conditions are hereby made an integral part of the Buildings and Safety Engineering Department's approval of the described matter:

1. That occupancy of the premises without full compliance with all of the following conditions is unlawful and contrary to the provisions of the Zoning Ordinance and is subject to penalties as provided in the Ordinance, which may include the revocation of this grant and/or daily fine of $250-500, for not complying with these conditions.

2. Please be advised that failure to comply with the conditions listed herein shall subject you to fines pursuant to City Code Section 35.5.

3. That this entire grant be recorded by the applicant with the Wayne County Register of Deeds and further, that proof of such recording be presented to the Buildings and Safety Engineering Department when applying for the necessary permit.

4. That the proper permit and Certificate of Occupancy be secured from the Buildings and Safety Engineering Department before making use of the premises as herein described and further, that failure to obtain such permit by ___February 24, 2011___ will thereby invalidate and terminate this grant.

5. That all steps as necessary be taken by the owner/operator of the subject facility to assure that the subject facility will be operated in such a manner as to not create a nuisance of any kind to the surrounding neighborhood.

6. That the entire parcel be kept free of graffiti, rubbish, debris, and weeds, including the adjoining public areas between the sidewalk and the curb. The entire parcel shall be maintained in a neat and orderly manner at all times.

7. That this grant is only for the use of the subject premises as a Police Department Authorized Abandoned Vehicle Storage Yard and cannot be further expanded, enlarged, altered, or modified in any manner without an additional hearing. Aban. traffic is specifically excluded from Conner, Clairpointe, and St. Jean.

8. That full compliance be made with all applicable Code and Ordinance requirements.

9. That the appropriate license be obtained from the B&SE Business License Center, Room 105, Coleman A. Young Municipal Center.

# EXHIBIT B

L 48707 - P 797



B&SE Case No.: 136-09  11785 Freud
Decision Date: August 10, 2010
Effective Date: August 24, 2010

-4-

### CONDITIONS OF APPROVAL CONTINUED

10. That a "Certificate of Maintenance of Grant Conditions" be obtained annually by the owner/operator of the subject premises/use; and further, that the proper application for such Certificate be filed with the Buildings and Safety Engineering Department no later than each annual anniversary of the effective date of this grant.

11. That fully dimensioned, drawn to scale, final plans for the subject development be submitted prior to the issuance of the necessary permits by the Buildings and Safety Engineering Department. Such plans shall incorporate the site improvement requirements and operational restrictions of this Grant, and be in substantial accord with plans prepared by the applicant and received by B&SE on 7/27/10.

12. The site plan shall be reviewed by the Department of Public Works and Division of Traffic Engineering regarding the location and design of curb cuts or driveways, ingress and egress, as well as the layout of the parking lot. Vehicular ingress and egress to the subject site shall be limited to no more than one driveway to Freud and one or more "emergency exit(s)" as determined by DPW-Traffic Engineering.

13. That the parking areas and driveways be newly paved and/or properly repaired and maintained with a pavement having an asphaltic or Portland cement binder and be properly graded and drained in accord with the City Plumbing Code. Pre-cast concrete wheel stops (or equivalent) shall be placed to protect the building, fence, and walls. All parking spaces shall be clearly marked on the pavement with stripes.

14. That any existing scrap tires, vehicles, and all other trash and debris shall be removed from the subject site and disposed of in an environmentally sound manner.

15. The subject site shall contain no more than the maximum allowable number of abandoned vehicles as determined by ordinance and/or the Police (or other department with standing) and such abandoned vehicles shall be stored in neat and orderly rows leaving adequate aisle ways for easy access by tow vehicles. No vehicles may be disassembled and vehicles may **not** be stacked on top of each other. No junkyard was requested nor approved by this grant. Any trailers or shelters shall be properly licensed.

16. Abandoned vehicles shall not be stored on the subject site longer than the maximum allowable forty-five (45) days.

# EXHIBIT B

L 48707 - P 798



-5-

B&SE Case No.:   136-09   11785 Freud
Decision Date:    August 10, 2010
Effective Date:   August 24, 2010

## CONDITIONS OF APPROVAL CONTINUED

17. The following uses are specifically prohibited at this site:
    A. Motor vehicle repair including bumping and painting
    B. Dismantling, disassembling, and/or assembling of vehicles and/or vehicle parts
    C. Stacking of vehicles
    D. New or used vehicle sales and service
    E. Motor Vehicle Auctions other than those associated with the Aban. use and authorized by the Police Department
    F. No crushing of motor vehicles

18. Landscaping is not required as the site is embedded within and surrounded by M-4 zoning. However, any landscaped areas shall be maintained, properly irrigated, and separated from paved access by a six-inch curbing or equivalent to ensure maintenance of the plant material. The subject property shall be properly maintained in a neat and orderly appearance at all times. The parcel and adjacent public right-of-way shall be kept free of rubbish, debris, weeds, and graffiti. All berm areas along Freud and Lycaste shall be mowed bi-weekly April through October. Weeds and debris shall be regularly removed.

19. All lighting sources, including canopy, perimeter, and flood lighting shall be stationary and shielded or recessed within the roof of the canopy so that the light is deflected away from adjacent properties and public rights-of way. All signs shall conform to zoning ordinance standards which includes removal of any signage not specifically referring to and identifying the subject site.

20. Loading, unloading and/or delivery of vehicles shall take place on the subject site and never on adjacent public streets or berm areas.

21. Although opaque masonry walls eight (8) to ten (10) feet in height on proper footings erected along the perimeter of the subject site would be a wonderful addition, the existing 8-10 foot tall chain-link fence is acceptable. The existing chain-link fence shall be repaired and painted black, gray, or silver, or covered in black vinyl at the applicant's discretion. Gates shall be locked during non-business hours, and security staff and/or video or other electronic surveillance shall be present on a 24-hour basis. No razor wire and no "attack" dogs (unless accompanied by human handlers) are permitted.

# EXHIBIT B

L 48707 - P 799



-6-
B&SE Case No.: 136-09  11785 Freud
Decision Date: August 10, 2010
Effective Date: August 24, 2010

## CONDITIONS OF APPROVAL CONTINUED

22. Every effort shall be taken to minimize the impact of this M-4 use on nearby residential uses. Site lighting shall not "bleed" into the residentially developed area nor shall any commercial and/or towing vehicles be permitted to access the site by use of Conner, Clairpointe, or St. Jean. Applicant shall post signs in his compound reminding drivers which streets are "off limts" to Aban. associated vehicles and that violators will be ticketed.

23. That the Aban. yard limit its hours of operation from 8:00 a.m. to 8:00 p.m. and that no open burning of anything occur on site including "warming fires" for employees.

Very truly yours,

Kimberly James,
Director

KJ/jm

# EXHIBIT B

L 48707 - P 800

REVISED LEGAL DESCRIPTION

BEG AT INTSEC E LINE LYCASTE AVE 60 FT WD & N LINE FREUD AVE 60 FT WD TH N 25D 57M 24S W ALG SD E LINE 320.01 FT TH N 64D 02M 36S E 80 FT TH N 25D 57M 24S W 20 FT TH N 64D 02M 36S E 538.76 FT TH S 42D 01M 44S E 24.37 FT TO E LINE SD LOT 33 TH S 11D 03M 29S E ALG SD E LINE 327.15 FT TO N LINE SD FREUD AVE TH S .63D 58M 57S W ALG SD N LINE 541.59 FT TP P OB TERMINAL SUB L26 P80 PLATS, 152,400 SQ FT



RECEIVED
JUL 27 2010
DEPT. OF BLDG. & SFTY. ENG.
SPECIAL LAND USE

REV. SITE PLAN
B+SE # 136-09
11785 FREUD

# EXHIBIT B

# Nationwide Recovery, Inc.

## Detroit Based Business Certificate

# EXHIBIT B



CITY OF DETROIT
HUMAN RIGHTS DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 1240
DETROIT, MICHIGAN 48226
PHONE 313•224•4950   TTY 313•224•4960
FAX 313•224•3434
WWW.DETROITMI.GOV

April 13, 2016

Nationwide Recovery, Inc.
Attn: Louay Hussein
11785 Freud
Detroit, MI 48214

**RE: DETROIT BUSINESS CERTIFICATION**
(Approval Date: 04/13/16 to 04/13/17)

Dear Applicant:

This letter shall serve to inform you that this office has completed its evaluation of the Certification Application and supporting documents submitted by your company.

**Based upon our review it has been determined that your firm meets the eligibility criteria of the Detroit Business Certification Program. Therefore, your firm's certification status and enclosed certificate as Detroit Based Business (DBB) and Detroit Small Business (DSB) is effective for a period of one (1) year.**

You are reminded to keep this office apprized of any changes in ownership, management, location, affiliate relationships, or any other changes that may affect the status of firm's certification. Also this office may request additional information at any time to verify your continued eligibility.

**Remember to visit our web page for any updates to the program and most current application for next year at www.DetroitMi.gov/How-Do-I/Find, then look for Human Rights Department in the list, and click on the "square with the pencil".**

Your continued interest in and support of the City of Detroit's Certified Business Program is appreciated.

Sincerely,

*Patricia Ford*

Patricia L. Ford
Business Certification Specialist
Human Rights Department

Encl.: certificate
Cc: file

# EXHIBIT B

FY 2015 - 2016

# Detroit Business Certification Program

# Nationwide Recovery, Inc.

This is to certify the business above has met all requirements set forth by the Human Rights Department as

**Detroit Based Business (DBB) and
Detroit Small Business (DSB)**

commencing **April 13, 2016** expiring on **April 13, 2017**.



**Michael E. Duggan**
City of Detroit, Mayor

**Portia Roberson**
Group Executive – Ethics & Civil Rights



Receipt Number: DBCP15/16 – RC041216-1994

# EXHIBIT B