P.001 p.1 08/20/2013 14:11 RX Date/Time Aug 20 13 02:04p

## DEPARTMENT

## TOW PERMIT 11-042

## Nationwide Towing

## 11785 Freud

Issue Date: June 20, 2011
Expiration Date: May 31, 2012

Deputy

# EXHIBIT C