UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE RECOVERY, INC.,

      Plaintiff and Counter Defendant,

vs.

CITY OF DETROIT,

      Defendant/ Counter Plaintiff

and

CITY OF DETROIT,

      Third Party Plaintiff,

vs.

JERRY PARKER, HUSSEIN M. HUSSEIN,
And LOUAY M. HUSSEIN,

      Third Party Defendants.

Case No. 2:17-cv-12378
Hon. Linda V. Parker
Mag. Jdg. Stephanie Dawkins Davis

---

| | |
|---|---|
| MARC DELDIN (P71041) | CHARLES N. RAIMI (P29746) |
| Deldin Law | ERIC GAABO (P39213) |
| 48 S. Main Street, Suite 3 | Attorneys for Defendant/Counter-Plaintiff/Third |
| Mount Clemens, Michigan 48043 | Party Plaintiff City of Detroit |
| (586) 741-8116 | City of Detroit, Law Department |
| marc@deldinlaw.com | 2 Woodward Ave., Suite 500 |
| Attorneys for Plaintiff/Counter-Defendant | Detroit, MI 48226 |
| Nationwide Recovery, Inc. | (313) 237-5037 |
| | raimic@detroitmi.gov |
| | |
| | RONALD G. ACHO (P 23913) |
| | BRANDAN HALLAQ (P81056) |
| | Cummings, McClorey, Davis & Acho, PLC |
| | Attorneys for Defendant/Counter-Plaintiff/Third |
| | City of Detroit |
| | 33900 Schoolcraft |
| | Livonia, MI 48150 |
| | (734) 261-2400 |
| | racho@cmda-law.com |
| | bhallaq@cmda-law.com |

00544398-1

## APPEARANCE

PLEASE ENTER the Appearance of the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.** by **RONALD G. ACHO**, as attorneys for Defendant/Counter-Plaintiff/Third Party Plaintiff **CITY OF DETROIT**, in the within cause.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.** by **RONALD G. ACHO**, as Attorneys for Defendant/Counter-Plaintiff/Third Party Plaintiff **CITY OF DETROIT**, in the within cause.

                              Respectfully submitted,

                              /s/ Ronald G. Acho
                              Ronald G. Acho (P-23913)
                              CUMMINGS,MCCLOREY,DAVIS&ACHO, P.L.C.
                              Attorneys for **Defendant/Counter-Plaintiff/Third Party Plaintiff City of Detroit**
Date: August 18, 2017        33900 Schoolcraft Road
                              Livonia, MI 48150
                              (734) 261-2400
                              racho@cmda-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all counsel of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **N/A**

/s/ Julia A. Callahan
Julia A. Callahan

00544398-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE RECOVERY, INC.,

       Plaintiff and Counter Defendant,

vs.

CITY OF DETROIT,

       Defendant/ Counter Plaintiff

and

CITY OF DETROIT,

       Third Party Plaintiff,

vs.

JERRY PARKER, HUSSEIN M. HUSSEIN,
And LOUAY M. HUSSEIN,

       Third Party Defendants.

Case No. 2:17-cv-12378
Hon. Linda V. Parker
Mag. Jdg. Stephanie Dawkins Davis

---

| | |
|---|---|
| MARC DELDIN (P71041)<br>Deldin Law<br>48 S. Main Street, Suite 3<br>Mount Clemens, Michigan 48043<br>(586) 741-8116<br>marc@deldinlaw.com<br>Attorneys for Plaintiff/Counter-Defendant<br>Nationwide Recovery, Inc. | CHARLES N. RAIMI (P29746)<br>ERIC GAABO (P39213)<br>Attorneys for Defendant/Counter-Plaintiff/Third Party Plaintiff City of Detroit<br>City of Detroit, Law Department<br>2 Woodward Ave., Suite 500<br>Detroit, MI 48226<br>(313) 237-5037<br>raimic@detroitmi.gov<br><br>RONALD G. ACHO (P 23913)<br>BRANDAN HALLAQ (P81056)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendant/Counter-Plaintiff/Third City of Detroit<br>33900 Schoolcraft<br>Livonia, MI 48150<br>(734) 261-2400<br>racho@cmda-law.com<br>bhallaq@cmda-law.com |

---

00544398-1

## APPEARANCE

PLEASE ENTER the Appearance of the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.** by **RONALD G. ACHO**, as attorneys for Defendant/Counter-Plaintiff/Third Party Plaintiff **CITY OF DETROIT**, in the within cause.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.** by **RONALD G. ACHO**, as Attorneys for Defendant/Counter-Plaintiff/Third Party Plaintiff **CITY OF DETROIT**, in the within cause.

                                      Respectfully submitted,

                                      /s/ Ronald G. Acho
                                      Ronald G. Acho (P-23913)
                                      CUMMINGS,MCCLOREY,DAVIS&ACHO, P.L.C.
                                      Attorneys for **Defendant/Counter-Plaintiff/Third Party Plaintiff City of Detroit**
Date: August 18, 2017          33900 Schoolcraft Road
                                      Livonia, MI 48150
                                      (734) 261-2400
                                      racho@cmda-law.com

00544398-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all counsel of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **N/A**

/s/ Julia A. Callahan
Julia A. Callahan

00544398-1