UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE RECOVERY, INC.,
a Michigan corporation,

    Plaintiff/Counter-Defendant,

vs.

CITY OF DETROIT,

    Defendant/Counter-Plaintiff,

Case No. 2:17-cv-12378
Hon. Linda V. Parker
Mag. Jdg. Stephanie Dawkins Davis

---

CITY OF DETROIT,

    Third-Party Plaintiff,

vs.

JERRY PARKER, an individual,
HUSSEIN M. HUSSEIN, an individual,
LOUAY M. HUSSEIN, an individual,
MARC DELDIN, an individual,
SKY LINE ENTERPRISE 1.0, INC.,
a Michigan corporation, d/b/a METROTECH
AUTO SALES & COLLISION, and
METROTECH AUTO SALES, LLC,
a Michigan limited liability company,

    Third-Party Defendants.

---

| | |
|---|---|
| **MARC DELDIN (P71041)**<br>Deldin Law<br>Attorneys for Nationwide Recovery,<br>Inc., Parker, L. Hussein, H. Hussein,<br>Sky Line Enterprise 1.0, Inc.<br>48 S. Main, Suite 3<br>Mount Clemens, Michigan 48043<br>(586) 741-8116<br>marc@deldinlaw.com | **MELVIN BUTCH HOLLOWELL, JR. (P37834)**<br>**CHARLES N. RAIMI (P29746)**<br>City of Detroit, Law Department<br>Attorneys for City of Detroit<br>2 Woodward Ave., Suite 500<br>Detroit, MI 48226<br>(313) 237-5037<br>hollowellm@detroitmi.gov<br>raimic@detroitmi.gov |

1

| | |
|---|---|
| **DAVID C. ANDERSON (P55258)**<br>**MICHAEL J. SULLIVAN (P35599)**<br>Collins Einhorn Farrell, PC<br>Attorneys for Marc Deldin<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141<br>david.anderson@ceflawyers.com | **RONALD G. ACHO (P23913)**<br>**BRANDAN A. HALLAQ (P81056)**<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorneys for City of Detroit<br>17436 College Parkway<br>Livonia, MI 48152<br>(734) 261-2400<br>racho@cmda-law.com<br>bhallaq@cmda-law.com |
| **TERI L. DENNINGS (P68884)**<br>Deldin Law<br>Attorneys for Metrotech Auto Sales, LLC<br>48 S. Main, Suite 3<br>Mount Clemens, Michigan 48043<br>(586) 741-8116<br>teri@deldinlaw.com | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES** Defendant/Counter-Plaintiff and Third-Party Plaintiff the City of Detroit, by and through its attorneys, The City of Detroit Law Department and Cummings, McClorey, Davis & Acho, P.L.C., and files this Notice of Voluntary Dismissal Without Prejudice, pursuant to Fed. R. Civ. Pro. 41(c)(1), with respect to all Counterclaims and Third-Party Claims asserted by The City of Detroit in this action.

                Respectfully submitted,

                CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

                By:  /s/ Ronald G. Acho
                    RONALD G. ACHO (P 23913)
                    *Attorneys for Defendant/Counter- Plaintiff and*
                    *Third Party Plaintiff City of Detroit*
Dated: October 16, 2017      17436 College Parkway
                    Livonia Michigan  48152
                    (734) 261-2400

                        CITY OF DETROIT, LAW DEPARTMENT

                        By:    /s/ Charles N. Raimi
                                Charles N. Raimi (P29746)
                                *Attorneys for Defendant/Counter- Plaintiff and*
                                *Third Party Plaintiff City of Detroit*
                                2 Woodward Ave., Suite 500
                                Detroit, MI 48226
Dated: October 16, 2017      (313) 237-503

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all counsel of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  **N/A**

/s/ Ronald G. Acho
RONALD G. ACHO
