UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE RECOVERY, INCORPORATED,

        Plaintiff(s),

v.                                  Case No. 17-12378
                                      Honorable Linda V. Parker

CITY OF DETROIT,

        Defendant(s).
_____/

## ORDER RESCINDING THE REFERRAL OF MOTION

The Order Referring the Motion to Compel [ECF No. 26], that was signed by District Judge Linda V. Parker is **RESCINDED.**

**IT IS SO ORDERED.**

                                    S/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: October 16, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 16, 2017, by electronic and/or U.S. First Class mail.

                                    S/ R. Loury
                                    Case Manager