UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE RECOVERY, INC.,
a Michigan corporation,

    Plaintiff/Counter-Defendant,

vs.

CITY OF DETROIT,

    Defendant/Counter-Plaintiff,

Case No. 2:17-cv-12378
Hon. Linda V. Parker
Mag. Jdg. Stephanie Dawkins Davis

---

CITY OF DETROIT,

    Third-Party Plaintiff,

vs.

JERRY PARKER, an individual, et al

    Third-Party Defendants.

---

## DEFENDANT CITY OF DETROIT'S (1) RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S DUE PROCESS CLAIM

City of Detroit, pursuant to Fed. R. Civ. Pro. 56, and for the reasons stated in the accompanying brief, asks the Court to (1) deny plaintiff's motion for partial summary judgment as to Count I of its complaint (due process), and (2) grant the

1

City cross-motion seeking summary judgment dismissing Count I of plaintiff's complaint.

City of Detroit Law Department
Melvin Butch Hollowell, Jr.
Charles N. Raimi
/s/ Charles N. Raimi
2 Woodward Ave., suite 500
Detroit, Mi 48226
Phone 313 237 5037
E-mail raimic@detroitmi.gov

October 25, 2017

2