# EXHIBIT 4

Case 4:17-cv-12378-LVP-SDD   ECF No. 184-4, PageID.5953   Filed 05/05/21   Page 1 of 2

1/18/2018                                                Invoice

**Nationwide Recovery**                                      Impound Invoice
11785 Freud, Detroit MI 48214
Phone: (313) 822-2220 | Fax : (313) 209-4294                        Printed 1/18/2018

Released To                          EAGLE RECOVERY

| | | | |
|---|---|---|---|
| Call # | 00008330 | Reason for Impound | STOLEN RECOVERY |
| Stock # | 2297493 | VIN Number | 2C3CCAGG9FH831261 |
| POLICE REPORT # | 19074-17 | Model | 2015 Chrysler 300 (Black) |
| Account | WAYNE COUNTY SHERRIFS | Drivable | No |
| Date/Time Impounded: | 12/12/2017 7:16 AM | Keys | No |
| Date/Time Released: | 1/18/2018 1:29 PM | Towed from | 8156 Bryden St, Detroit, MI 48204, USA |
| Days Held in Impound | 38 days | Stored at | INTAKE STAGING AREA |
| | | | 420 LYCASTE, DETROIT MI 48214 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hook Fee | 1 | $225.00 | $225.00 |
| (Towing) Admin Fee | 1 | $75.00 | $75.00 |
| (Towing) RECOVERY | 1 | $175.00 | $175.00 |
| (Towing) window wrap | 1 | $200.00 | $200.00 |
| (Towing) Gate fee | 1 | $100.00 | $100.00 |
| (Towing) LOADER FEE | 1 | $150.00 | $150.00 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 38 | $20.00 | $760.00 |

|  |  |
|---|---|
| Towing Subtotal | $925.00 |
| Storage - Storage Fees Subtotal | $760.00 |
| Subtotal | $1,685.00 |
| Taxes | $0.00 |
| Grand Total | $1,685.00 |
| Amount Due: | $0.00 / Paid |

Check payment of $1,685.00 applied

Nationwide Recovery appreciates your business. If you have any questions regarding this invoice, please contact us at 313-822-2220.
Signature:                                        Date: 1-18-18
                            USDOT: 1865645





Case 4:17-cv-12378-LVP-SDD   ECF No. 184-4, PageID.5954   Filed 05/05/21   Page 2 of 2

1/8/2018                                                    Invoice

**Nationwide Recovery**                                    Impound Invoice
11785 Freud, Detroit MI 48214                             Printed 1/8/2018
Phone: (313) 822-2220 | Fax : (313) 209-4294

Released To                          EAGLE RECOVERY
Call #                    00008105          Reason for Impound   STOLEN RECOVERY
Stock #                   2215663           VIN Number           1C6RR7LT9GS13O280
POLICE REPORT #           17396-17          Model                2016 Ram 1500 (Black)
Account                   WAYNE COUNTY SHERRIFS   License Plate   NONE
Date/Time Impounded:      11/13/2017 2:07 PM      Drivable        No
Date/Time Released:       1/8/2018 12:06 PM       Keys            No
Days Held in Impound      57 days              Towed from        15459 Log Cabin St, Detroit, MI 48238, USA
                                              Stored at         INTAKE STAGING AREA
                                                                420 LYCASTE, DETROIT MI 48214

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hook Fee | 1 | $225.00 | $225.00 |
| (Towing) Admin Fee | 1 | $75.00 | $75.00 |
| (Towing) RECOVERY | 1 | $175.00 | $175.00 |
| (Towing) window wrap | 1 | $200.00 | $200.00 |
| (Towing) Gate fee | 1 | $100.00 | $100.00 |
| (Towing) LOADER FEE | 1 | $150.00 | $150.00 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 57 | $20.00 | $1,140.00 |

| | |
|---|---|
| Towing Subtotal | $925.00 |
| Storage - Storage Fees Subtotal | $1,140.00 |
| Subtotal | $2,065.00 |
| Taxes | $0.00 |
| Grand Total | $2,065.00 |
| Amount Due: | $0.00 / Paid |

Check payment of $2,065.00 applied

Nationwide Recovery appreciates your business; if you have any questions regarding this invoice please contact us at 313-822-2220.
Signature:                                    Date: 1-8-18
                    USDOT: 1865645

Case 4:17-cv-12378-LVP-SDD   ECF No. 184-5, PageID.5955   Filed 05/05/21   Page 1 of 2

2/28/2017                              *MSP*          CONFIDENTIAL Invoice

## Nationwide Recovery

11785 Freud, Detroit MI 48214
Phone: (313) 822-2220 | Fax : (313) 209-4294

# Impound Invoice

Printed 2/28/2017

Released To                               313 TOWING-COPART

| | | | |
|---|---|---|---|
| Invoice # | S.E.A.T 317474 | Reason for Impound | STOLEN RECOVERY |
| Reference # | 00005378 | VIN Number | 1C4RJFBG3GC317474 |
| Stock # | 1578265 | Model | 2016 Jeep Grand Cherokee (White) |
| Account | SOUTH EAST AUTO THEFT (S.E.A.T.) | Drivable | No |
| Date/Time Impounded: | 2/27/2017 11:04 AM | Keys | No |
| Date/Time Released: | 2/28/2017 3:51 PM | Towed from | 18510 Prevost St, Detroit, MI 48235, USA |
| Days Held in Impound | 2 days | Stored at | OLD NATIONWIDE RECOVERY |
| | | | 420 LYCASTE , Detroit MI 48214 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 2 | $20.00 | $40.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) MSP RECOVERY TOWING S.E.A.T | 1 | $225.00 | $225.00 |
| (Towing) RECOVERY | 1 | $175.00 | $175.00 |
| (Towing) window wrap | 1 | $200.00 | $200.00 |
| (Towing) Gate fee | 1 | $100.00 | $100.00 |
| (Towing) LOADER FEE | 1 | $100.00 | $100.00 |

| | |
|---|---|
| Towing Subtotal | $800.00 |
| Storage - Storage Fees Subtotal | $40.00 |
| Subtotal | $840.00 |
| Taxes | $0.00 |
| Grand Total | $840.00 |
| Amount Due: | $0.00 / Paid |

Check payment of $840.00 applied

Nationwide Recovery appreciates your business; if you have any questions regarding this invoice, please contact us at 313-822-2220.

Signature: _____      Date: 2-28-17

USDOT: 1865645

③

1/24/2018                        *MJP*                    Invoice

**Nationwide Recovery**                                **Impound Invoice**
11785 Freud, Detroit MI 48214                          Printed 1/24/2018
Phone: (313) 822-2220 | Fax : (313) 209-4294
Released To                        313 TOWING COPART

| | | | |
|---|---|---|---|
| Call # | 00008529 | Reason for Impound | STOLEN RECOVERY |
| Stock # | 2390028 | VIN Number | 2C3CDXJG8JH190024 |
| POLICE REPORT # | SAT-8-18 | Model | 2018 Dodge Charger (Black) |
| Account | SOUTH EAST AUTO THEFT (S.E.A.T.) | License Plate | NONE (NO) |
| Date/Time Impounded: | 1/16/2018 10:49 AM | Drivable | No |
| Date/Time Released: | 1/24/2018 8:20 AM | Keys | No |
| Days Held in Impound | 9 days | Towed from | 15871 Chatham, Detroit, MI, United States |
| | | Stored at | INTAKE STAGING AREA |
| | | | 420 LYCASTE, DETROIT MI 48214 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) MSP RECOVERY TOWING S.E.A.T | 1 | $225.00 | $225.00 |
| (Towing) RECOVERY | 1 | $175.00 | $175.00 |
| (Towing) window wrap | 1 | $200.00 | $200.00 |
| (Towing) Gate fee | 1 | $100.00 | $100.00 |
| (Towing) LOADER FEE | 1 | $150.00 | $150.00 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 9 | $25.00 | $225.00 |

|  |  |
|---|---|
| Towing Subtotal | $850.00 |
| Storage - Storage Fees Subtotal | $225.00 |
| Subtotal | $1,075.00 |
| Taxes | $0.00 |
| Grand Total | $1,075.00 |
| Amount Due: | $0.00 / Paid |
| Check payment of $1,075.00 applied | |

Nationwide Recovery appreciates your business; if you have any questions regarding this invoice, please contact us at 313-822-2220.
Signature: _____   Date: _____

USDOT: 1865645