UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

NATIONWIDE RECOVERY, INC.,     Case No. 4:17-cv-12378
                                                        Hon. Linda V. Parker
         Plaintiff,                      Mag. Jdg. Stephanie Dawkins Davis

vs.

CITY OF DETROIT,

         Defendant.

---

**DEFENDANT, CITY OF DETROIT'S, EXHIBITS IN SUPPORT OF ITS BRIEF WITH NEWLY DISCOVERED EVIDENCE IN SUPPORT OF (1) CITY'S SUPPLEMENTAL BRIEFS AT ECF 184 AND 186 AND (2) CITY'S MOTION TO COMPEL AT ECF 188 BRIEF IN RESPONSE TO THE COURT'S MAY 1, 2021 AMENDED ORDER FOR SUPPLEMENTAL BRIEFING**

Ex. 1 – City June 29, 2021 FOIA request to Michigan State Police

Ex. 2 – Michigan State Police response to City's FOIA request

Ex. 3 – City June 30, 2021 FOIA request to Wayne State University/Police

Ex. 4 – Wayne State University/Police response to City's FOIA request

Ex. 5 – Highland Park response to City's FOIA's request