UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

NATIONWIDE RECOVERY, INC.,     Case No. 4:17-cv-12378
                                                 Hon. Linda V. Parker

    Plaintiff,

vs.

CITY OF DETROIT,

    Defendant.

_____

### STIPULATED ORDER EXTENDING THE TIME FOR NATIONWIDE RECOVERY TO RESPOND TO THE CITY OF DETROIT'S SUPPLEMENTAL BRIEF (ECF No. 195)

The parties stipulate that: Nationwide Recovery has until October 29, 2021, to file a brief in response to the City of Detroit's Supplemental Brief (ECF No. 195); Nationwide's brief shall be no longer than 10 pages; and the Court may enter an Order consistent with this Stipulation.

**IT IS SO ORDERED.**

                                                       s/ Linda V. Parker
                                                       LINDA V. PARKER
                                                       U.S. DISTRICT JUDGE

Dated: October 18, 2021

Agreed:

/s/ Marc A. Deldin
Schenk & Bruetsch PLC
211 West Fort, Suite 1410
Detroit, MI 48226
313-774-1000
Marc.Deldin@SBDetroit.com
P71041
*Attorney for Plaintiff*

/s/ Charles N. Raimi (with consent)
City of Detroit Law Dept.
2 Woodward Ave., Suite 500
Detroit, MI 48226
313-237-5037
raimic@detroitmi.gov
P29746
*Attorney for Defendant*